# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID DIXON, | No. 4:19-CV-01267 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SUMMIT BHC WESTFIELD LLC d/b/a MOUNTAIN LAUREL RECOVERY CENTER, | |
| Defendant. | |

## ORDER

**AND NOW**, this 2nd day of April 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Summit BHC Westfield LLC's Motion to Dismiss under Federal Rule of Civil Procedure 4(m) and Federal Rule of Civil Procedure 12(b)(6) (ECF No. 5) is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Summit's motion to dismiss the complaint under Federal Rule of Civil Procedure 4(m) is **DENIED**.

   b. Summit's motion to dismiss Plaintiff David Dixon's gender-discrimination claims in Count I and Count III of the complaint is **GRANTED**. These claims are **DISMISSED** without prejudice.

2. Dixon is granted leave to file an amended complaint on or before April 16, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge